Writ refused. There is no error of law in the judgment below.

BARHAM, J., is of the opinion the writ should be granted.

TATE, J., is of the opinion the writ should be granted in order for this court to express its views on the serious issues presented.

DIXON, J., concurs in the denial for the reason that the ordinances do not purport to protect complaining tenants from retaliation by the landlord.

268 So.2d 259

**Bennie J. HUDGENS et ux.**

**v.**

**John H. GUNN et al.**

No. 52946.

Nov. 16, 1972.

Application denied. The ruling of the Court of Appeal is correct.

268 So.2d 259

**Charles STEIN et al.**

**v.**

**The TOWN OF LAFITTE et al.**

**Calvin A. FLEMING et al.**

**v.**

**The TOWN OF LAFITTE et al.**

No. 52950.

Nov. 16, 1972.

Writ denied. No error of law.

McCALEB, C. J., and BARHAM, J., are of the opinion the writ should be granted.